1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8                         ----oo0oo----

9  GARY SANCHEZ,

10           Plaintiff,

11      v.                              NO. CIV. S-06-01587 WBS EFB

12 EL DORADO COUNTY, EL DORADO
   COUNTY SHERIFF'S DEPARTMENT,
13 DEPUTY RAVI FRY, SHERIFF
   JEFF NEVES and DOES 1 through
14 XXX, inclusive,

15           Defendants.

16                         ----oo0oo----

17

18              STATUS (PRETRIAL SCHEDULING) ORDER

19           After reviewing the parties' Joint Status Report, the

20 court hereby vacates the Status (Pretrial Scheduling) Conference

21 scheduled for October 10, 2006, and makes the following findings

22 and orders without needing to consult with the parties any

23 further:

24           I.   SERVICE OF PROCESS

25           All named defendants have been served and no further

26 service is permitted without leave of court, good cause having

27 been shown under Fed. R. Civ. P. 16(b).

28 //

II.   JOINDER OF PARTIES/AMENDMENTS

Pursuant to plaintiff's request, the names of the involved DOE supervisors may be added as soon as they are identified, by no later than March 1, 2007.  Otherwise, no further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

III.   JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343 (civil rights and elective franchise) and 42 U.S.C. § 1983 (civil rights).

IV.   DISCOVERY

The parties have stipulated that each party will serve the initial disclosures required by Fed. R. Civ. P. 26 (a)(1) by no later than November 15, 2006.

The parties have stipulated that simultaneous expert witness disclosure and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by no later than June 22, 2007.

With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Fed. R. Civ. P. 26(a)(2) on or before July 20, 2007.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by September 14, 2007.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to

2

1  discovery shall have been resolved by appropriate order if
2  necessary and, where discovery has been ordered, the order has
3  been obeyed.  All motions to compel discovery must be noticed on
4  the magistrate judge's calendar in accordance with the local
5  rules of this court and so that such motions may be heard (and
6  any resulting orders obeyed) not later than September 14, 2007.

7           V.  MOTION HEARING SCHEDULE

8           All motions, except motions for continuances,
9  temporary restraining orders or other emergency applications,
10 shall be filed on or before November 26, 2007.  All motions shall
11 be noticed for the next available hearing date.  Counsel are
12 cautioned to refer to the local rules regarding the requirements
13 for noticing and opposing such motions on the court's regularly
14 scheduled law and motion calendar.

15          VI.  FINAL PRETRIAL CONFERENCE

16          The Final Pretrial Conference is set for January 28,
17 2008 at 10:00 a.m. in Courtroom No. 5.   The conference shall be
18 attended by at least one of the attorneys who will conduct the
19 trial for each of the parties and by any unrepresented parties.

20          Counsel for all parties are to be fully prepared for
21 trial at the time of the Pretrial Conference, with no matters
22 remaining to be accomplished except production of witnesses for
23 oral testimony.  Counsel shall file separate pretrial statements,
24 and are referred to Local Rules 16-281 and 16-282 relating to the
25 contents of and time for filing those statements.  In addition to
26 those subjects listed in Local Rule 16-281(b), the parties are to
27 provide the court with: (1) a plain, concise statement which
28 identifies every non-discovery motion which has been made to the

1  court, and its resolution; (2) a list of the remaining claims as
2  against each defendant; and (3) the estimated number of trial
3  days.

4          In providing the plain, concise statements of
5  undisputed facts and disputed factual issues contemplated by
6  Local Rule 16-281(b)(3)-(4), the parties shall emphasize the
7  claims that remain at issue, and any remaining affirmatively pled
8  defenses thereto.  If the case is to be tried to a jury, the
9  parties shall also prepare a succinct statement of the case,
10 which is appropriate for the court to read to the jury.

11         VII.  TRIAL SETTING
12         The jury trial is set for March 4, 2008 at 9:00 a.m.
13 in Courtroom No. 5.

14         VIII.  SETTLEMENT CONFERENCE
15         A Settlement Conference will be set at the time of the
16 Pretrial Conference.

17         All parties should be prepared to advise the court
18 whether they will stipulate to the trial judge acting as
19 settlement judge and waive disqualification by virtue thereof.

20         Counsel are instructed to have a principal with full
21 settlement authority present at the Settlement Conference or to
22 be fully authorized to settle the matter on any terms.  At least
23 seven calendar days before the Settlement Conference counsel for
24 each party shall submit a confidential Settlement Conference
25 Statement for review by the settlement judge.  If the settlement
26 judge is not the trial judge, the Settlement Conference
27 Statements shall not be filed and will not otherwise be disclosed
28 to the trial judge.

4

1           IX.   MODIFICATIONS TO SCHEDULING ORDER

2           Any requests to modify the dates or terms of this

3    Scheduling Order, except requests to change the dates of the

4    final Pretrial Conference or trial, may be heard and decided by

5    the assigned Magistrate Judge.  All requests to change the dates

6    of the Pretrial Conference and/or trial shall be heard and

7    decided only by the undersigned judge.

8    DATED:  September 28, 2006

9

10   _____

11   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28