**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California  95825
Telephone: (916) 444-5678
Facsimile:  (916) 444-3364

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SANCHEZ, | NO.  CIV. S-06-01587 WBS EFB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| EL DORADO COUNTY, EL DORADO COUNTY SHERIFF'S DEPARTMENT, DEPUTY RAVI FRY, SHERIFF JEFF NEVES, and DOES I through XXX, Inclusive, | |
| Defendants. | |

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order;

- That the deadline for Disclosure of Expert Witnesses, as set forth by the Court, be moved from June 22, 2007 to July 22, 2007, with the designation of any supplemental expert witnesses to, as set forth by the Court, to be within 20 days thereafter.

The parties contend there is good cause for this request. The parties have been diligently conducting discovery in this matter. However, delays in locating certain

STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

1

1  documents, witness scheduling difficulties and unanticipated time demands of other pending
2  litigation including jury trials have led to the need for additional time to complete he
3  discovery necessary for the expert disclosure reports.
4      The parties do not anticipate the need for any further modification of the scheduling
5  order.  This proposed modification does not impact nor require any changes as to the
6  discovery cut-off date, the timetable for motions or the date set for trial.

7

8  Dated: June 11, 2007                    BARKETT & GUMPERT

9

10                                         By: /s/ Franklin G. Gumpert
                                               FRANKLIN G. GUMPERT
11                                             Attorneys for Defendants

12

13

14  Dated: June 11, 2007                   LAW OFFICE OF STEWART KATZ

15

16                                         By: /s/ Stewart Katz
                                               STEWART KATZ
17                                             Attorney for Plaintiff

18  **IT IS SO ORDERED.**

19

20  Dated: July 5, 2007.                   _____
21                                         Edmund F. Brennan
                                           U.S. Magistrate Judge
22

23

24

25

26

27

28

STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

2