UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY SANCHEZ,

        Plaintiff,

    v.

EL DORADO COUNTY, et al.,

        Defendants.

NO. CIV. S-06-01587 WBS EFB

ORDER RE: COSTS

----oo0oo----

On March 7, 2008, after a jury trial, a verdict was entered in this case in favor of defendant Ravi Fry. Defendant has submitted a cost bill totaling $4,923.37. Plaintiff has not objected.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 54-292(f) govern the taxation of costs to losing parties, subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides otherwise, costs--other than attorneys' fees--should be allowed to the prevailing party."); L.R. 54-292(f);

<u>Crawford Fitting Co. v. J.T. Gibbons Inc.</u>, 482 U.S. 437, 441 (1987) (limiting taxable costs to those enumerated in 28 U.S.C. § 1920). The district court has discretion to determine what constitutes a taxable cost within the meaning of 28 U.S.C. § 1920. <u>Alflex Corp. v. Underwriters Lab., Inc.</u>, 914 F.2d 175, 177 (9th Cir. 1990). The losing party has the burden of overcoming the presumption in favor of awarding costs to the prevailing party. <u>Russian River Watershed Prot. Comm. v. City of Santa Rosa</u>, 142 F.3d 1136, 1144 (9th Cir. 1998).

After reviewing the bill, the court finds that $4,923.37 for service of summons and subpoena, reporter fees, witnesses fees, and docket fees to be reasonable. Accordingly, the cost of **$4,923.37** will be allowed.

IT IS SO ORDERED.

DATED: August 5, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE