UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 6, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

GARY SANCHEZ,

                v.        CASE NUMBER: CIV S-06-1587 WBS EFB

EL DORADO COUNTY, et al.,

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **That judgment is hereby entered in accordance with the jury verdict rendered 3/7/08.**

                                                    Victoria C. Minor,
                                                    Clerk of the Court

ENTERED:    February 6, 2009

                                                      by:  /s/ K. Yin
                                                      K. Yin, Deputy Clerk